# EXHIBIT 2

FIRST AMENDMENT TO CONSUMER PRODUCT
LICENSE AGREEMENT

This first amendment (the "First Amendment") dated June 28, 2010 amends the agreement commencing on July 1, 2009 (the "Agreement"), in full force and effect as of the date hereof, by and between WORLD WRESTLING ENTERTAINMENT, INC., a Delaware corporation with its principal office at 1241 East Main Street, Stamford, Connecticut 06902 ("WWE"), and FIGURES TOY COMPANY with an office at 12826 Commodity Place, Tampa, Florida 33626 ("Licensee"). WWE and Licensee may also hereinafter be referred to individually as a "Party" and collectively as the "Parties."

NOW, THEREFORE, in consideration of the promises, covenants and agreements set forth herein and for other good and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties intending to be legally bound hereby agree as follows:

1. The Parties shall amend the Agreement in that Parties agree to extend the term during which WWE agrees to purchase WWE Championship Replica Belts and Deluxe WWE Championship Replica Belts, if any and in its sole discretion, exclusively from Licensee to the entire Term. Therefore, Paragraph 2(a)(iii) shall be amended to read as follows:

    "Purchase by WWE of Licensed Products. During the Term, WWE agrees to purchase WWE Championship Replica Belts and Deluxe WWE Championship Replica Belts, if any and in its sole discretion, exclusively from Licensee."

2. All terms not defined herein shall have the same meaning given them in the Agreement.

IN WITNESS WHEREOF, the parties with the intent to be legally bound have executed this Agreement as of the date set forth above.

Agreed to and accepted:

| WORLD WRESTLING ENTERTAINMENT, INC. ("WWE") | FIGURES TOY COMPANY ("Licensee") |
|---|---|
| By: *[signature]* Jim Connelly, SVP, Consumer Products | By: *[signature]* Print Name: Stephen Sandbers Title: CEO |
| Date: 7-12-10 | Date: 7/1/2010 |