# EXHIBIT 3

ORIGINAL

SECOND AMENDMENT TO CONSUMER PRODUCT
LICENSE AGREEMENT

This second amendment (the "Second Amendment") dated February 17, 2012 amends the agreement made effective on July 1, 2009 (the "Agreement"), as amended by the first amendment dated June 28, 2010 (the "First Amendment") (said Agreement and First Amendment shall collectively be referred to as the "Agreement"), in full force and effect as of the date hereof, by and between WORLD WRESTLING ENTERTAINMENT, INC., a Delaware corporation with its principal office at 1241 East Main Street, Stamford, Connecticut 06902 ("WWE"), and FIGURES TOY COMPANY with an office at 12826 Commodity Place, Tampa, Florida 33626 ("Licensee"). WWE and Licensee may also hereinafter be referred to individually as a "Party" and collectively as the "Parties."

NOW, THEREFORE, in consideration of the promises, covenants and agreements set forth herein and for other good and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1. The Parties seek to amend the Agreement in that an additional three Contract Years shall be added to the Term, until June 30, 2015. Therefore, Paragraph 3 shall be deleted in its entirety and replaced with the following:

    "Period of Agreement. The period of this Agreement shall commence on the Effective Date and end on June 30, 2015 (hereinafter "Term"), unless terminated earlier pursuant to the terms hereof. Each individual year of the Agreement may also be hereafter referred to as a Contract Year (i.e. First Contract Year: July 1, 2009 through June 30, 2010; Second Contract Year: July 1, 2010 through June 30, 2011; Third Contract Year: July 1, 2011 through June 30, 2012; Fourth Contract Year: July 1, 2012 through June 30, 2013; Fifth Contract Year: July 1, 2013 through June 30, 2014; Sixth Contract Year: July 1, 2014 through June 30, 2015)."

2. The Parties seek to amend the Agreement in that a Minimum Annual Guarantee for each additional Contract Year of the Renewal Term shall be One Hundred Thirty Thousand US Dollars ($130,000.00 USD). Therefore, Paragraph 4(a) shall be deleted in its entirety and replaced with the following:

"Minimum Guarantee. Licensee agrees to pay to WWE directly a non-refundable, recoupable minimum guaranteed royalty amount ("Minimum Guarantee") for each Contract Year as follows:

*First Contract Year: One Hundred Thirty Thousand US Dollars ($130,000.00 USD) to be paid as follows:*

- $32,500.00 USD to be paid upon Licensee's execution of this Agreement;

- $32,500.00 USD to be paid no later than October 1, 2009;

- $32,500.00 USD to be paid no later than January 1, 2010;

1

G:\Department\Legal Affairs\Consumer Products License\License Agreements\Figures Toy Company\2009\Amendments\Figures Toy Second Amendment clean 3-8-12 (ldm).doc

- $32,500.00 USD to be paid no later than April 1, 2010;

<u>Second Contract Year:</u> One Hundred Thirty Thousand US Dollars ($130,000.00 USD) to be paid as follows:

- $32,500.00 USD to be paid no later than July 1, 2010;
- $32,500.00 USD to be paid no later than October 1, 2010;
- $32,500.00 USD to be paid no later than January 1, 2011;
- $32,500.00 USD to be paid no later than April 1, 2011;

<u>Third Contract Year:</u> One Hundred Thirty Thousand US Dollars ($130,000.00 USD) to be paid as follows:

- $32,500.00 USD to be paid no later than July 1, 2011;
- $32,500.00 USD to be paid no later than October 1, 2011;
- $32,500.00 USD to be paid no later than January 1, 2012;
- $32,500.00 USD to be paid no later than April 1, 2012;

<u>Fourth Contract Year:</u> One Hundred Thirty Thousand US Dollars ($130,000.00 USD) to be paid as follows:

- $32,500.00 USD to be paid no later than July 1, 2012;
- $32,500.00 USD to be paid no later than October 1, 2012;
- $32,500.00 USD to be paid no later than January 1, 2013;
- $32,500.00 USD to be paid no later than April 1, 2013;

<u>Fifth Contract Year:</u> One Hundred Thirty Thousand US Dollars ($130,000.00 USD) to be paid as follows:

- $32,500.00 USD to be paid no later than July 1, 2013;
- $32,500.00 USD to be paid no later than October 1, 2013;
- $32,500.00 USD to be paid no later than January 1, 2014;
- $32,500.00 USD to be paid no later than April 1, 2014;

<u>Sixth Contract Year:</u> One Hundred Thirty Thousand US Dollars ($130,000.00 USD) to be paid as follows:

- $32,500.00 USD to be paid no later than July 1, 2014;
- $32,500.00 USD to be paid no later than October 1, 2014;
- $32,500.00 USD to be paid no later than January 1, 2015;
- $32,500.00 USD to be paid no later than April 1, 2015;

(collectively referred to as the "Minimum Guarantees")."

3. The Parties seek to amend the Agreement in that Licensee shall continue to pay WWE a Royalty of twelve percent (12%) of the Net Sales on all Wholesale Sales for WWE Replica Masks, Jewelry Rings and WWE Commemorative Belts, but the Royalty Rate for these same items that are sold directly to WWE shall now be royalty-free as well. Therefore, Paragraph 4(b)(i) shall be deleted in its entirety and replaced with the following:

"Royalty Rate. Licensee shall pay WWE a percentage royalty ("Royalty") of twelve percent (12%) of the Net Sales on all Wholesale Sales and six percent (6%) of the Net Sales on all Retail Sales of the Licensed Products by the Licensee to its customers or distributors (the "Royalty Payment(s)"), which amount shall be recouped against the Minimum Guarantees. The only exception to the foregoing will be for sales of WWE Replica Masks, Jewelry Rings, WWE Commemorative Belts and the following WWE Replica Belts in all sizes directly to WWE, which sales will be royalty-free: WWE Championship "Spinner" Belts, WWE World Heavyweight Championship Belts #2 and #3, ECW Championship Belts, Unified Tag Team Championship Belts, and all future new or re-designed WWE Championship Title Belts that WWE may develop during the Term."

4. All terms not defined herein shall have the same meaning given them in the Agreement.

IN WITNESS WHEREOF, the parties with the intent to be legally bound have executed this Agreement as of the date set forth above.

Agreed to and accepted:

WORLD WRESTLING
ENTERTAINMENT, INC.
("WWE")

By: _____
Peter Maule, VP Sales and Marketing,
Global Consumer Products

Date: 3·13·12

FIGURES TOY COMPANY
("Licensee")

By: Stephen SAudhey
Print Name: Stepher Sandboy
Title: CEO

Date: 03/08/2012

3

G:\Department\Legal Affairs\Consumer Products License\License Agreements\Figures Toy Company\2009\Amendments\Figures Toy Second Amendment clean 3-8-12 (ldm).doc