# EXHIBIT 4



**LAUREN A. DIENES-MIDDLEN**,
Vice President, Intellectual Property
Direct Tel:         (203) 353-2827
Direct Fax:        (203) 353-0236
E-mail: Lauren.Middlen@wwecorp.com

1241 E. Main Street
Stamford, CT 06902
T: 203 352 8600

**VIA FEDERAL EXPRESS**

August 8, 2013

Mr. Steve Sandberg
Figures Toy Company
12826 Commodity Place
Tampa, FL  33626

Re:   **World Wrestling Entertainment, Inc.**
      **Figures Toy Company**
      **Consumer Products License Agreement**

Dear Mr. Sandberg:

     I write with reference to the Consumer Products License Agreement between World Wrestling Entertainment, Inc. ("WWE") and Figures Toy Company ("Figures Toy Co." or "Licensee") effective as of July 1, 2009, and amended by First Amendment dated June 28, 2010 and Second Amendment dated February 17, 2012 (the "License").

     Pursuant to Section L(1)(a) of the License, WWE hereby provides notice that it is immediately terminating the License. Among the grounds for immediate termination of the License, Section L(1)(a)(vii) provides, in pertinent part, that WWE has the right to terminate the License immediately upon written notice to Licensee:

> (vii) If Licensee exhibits a pattern of repeated failure to make timely delivery of sufficient quantities of the Licensed Products to its customers or retailers that results: (1) in the inability of retailers to meet consumer demand and materially affects the generation of royalties payable to WWE, and/or (2) in an adverse effect to the WWE licensing program . . . .

As you know, the documented pattern of failures by Figures Toy Co. to make timely delivery of sufficient quantities of the Licensed Products goes back at least since September 2012. Non-exhaustive examples of such failures include the following:

- WWE placed an order for 100 pieces of the replica championship belt in September 2012 with a promised delivery date of October 22, 2012. The product, however, was back-ordered until January 2, 2013 at which



Figures Toy Co.
P a g e | 2

- time WWE received only 50 pieces of the 100 piece order, with the remaining 50 pieces not delivered until the end of February 2013.

- WWE was out of stock of the WWE spinner title from mid-November 2012 through mid-December 2012 during the crucial Christmas season. WWE placed orders for the WWE spinner title in September and November 2012, but the pieces were not delivered until the end of December 2012.

- In March 2013, WWE specifically addressed the ongoing stock issues with you in a call and advised that such issues could not continue. In follow up to this call, WWE sent you a report of all outstanding purchase orders as well as a forecast for the balance of the year and asked you to fill in the dates on which you would be able to fulfill these orders. You have consistently failed to meet the promised delivery dates.

- Product that was received in March 2013 had significant quality issues, such that a significant percentage of the already-insufficient number of pieces could not be sold because they were damages/defective.

- WWE had another call with you in April 2013 specifically to address the ongoing stock and quality issues, during which it was discussed that, among other things, the quality of the WWE title belt was unacceptable and resulted in complaints by approximately 10% of the customers who purchased belts at WrestleMania (each of which customers needed to be made whole)

- On May 15, 2013, WWE had a face-to-face meeting with you again to address the ongoing stock and quality issues. At that meeting, you represented that 800 pieces that were then on order would ship complete by the end of May 2013.

- On May 29, 2013, WWE received only 199 of the 800 promised pieces. Of these 199 pieces, 106 pieces were damaged/defective. In June 2013, WWE received another 150 pieces – still less than half of the 800 pieces on order that were promised by May 2013 – of which 90 pieces were damaged/defective. In July 2013, WWE received another 130 pieces – approximately half of the 800 pieces on order that were promised by May 2013 – of which 90 pieces were damaged/defective.

- In July 2013, WWE once more attempted to confirm the actual delivery dates of pieces that were then on order. For certain orders, you advised that delivery would not be possible until October 2013 and you were not able to even provide delivery dates for other outstanding orders.



Figures Toy Co.
P a g e | 3

- In August 2013, WWE received an additional partial delivery for which pieces continued to be damaged/defective.

In addition to the foregoing, WWE has continually advised you over the past year that your lack of communication in the face of these ongoing issues has been unacceptable and has significantly exacerbated the stock and quality problems.

In sum, Figures Toy Co. has demonstrated an unacceptable pattern of repeated failure to make timely delivery of sufficient quantities of the Licensed Products that has had an adverse effect on the WWE licensing program. Accordingly, the License is terminated effective immediately.

The statements made herein are not made to the exclusion of any other rights, remedies or defenses to which WWE is entitled, all of which are expressly reserved.

Very truly yours,

Lauren A. Dienes-Middlen
VP, Intellectual Property

LDM:my

cc:     Casey Collins
        Howard Brathwaite
        Jess Richardson
        Michele Mazzola
        Scott Halpern
        June Jack
        Kevin Moore

manufacturer which violates any such provisions; all for the protection of WWE. If the Licensee fails to exercise such termination rights by giving written notice to the manufacturer within twenty (20) days after being requested to do so in writing by WWE, the Licensee appoints WWE its irrevocable attorney-in-fact to send a notice of termination in the name of the Licensee to the manufacturer for the purpose of terminating the agreement or any specific rights of the party under such agreement.

### SECTION L.    BREACH AND TERMINATION

L(1)   Right Of Termination.

a) Immediate Right of Termination. In addition to the termination rights stated elsewhere in this Agreement, WWE will have the right to terminate this Agreement immediately by giving written notice to Licensee, in any of the following situations:

i)   If Licensee has failed to comply with any requirement of the approval process for Licensed Products described in Section A(2)(b) above;

ii)   If three (3) months after the Effective Date of this Agreement by WWE, Licensee failed to take good faith steps to exploit the rights granted to it, including the creation of prototypes of each item of the Licensed Products and seeking to obtain WWE's approval of same, or if six (6) months after the Effective Date of this Agreement by WWE, Licensee has not begun to distribute the Licensed Product;

iii)   If Licensee makes, sells, offers for sale, or distributes or uses any Licensed Product or Advertising Material without having the prior written approval of WWE, as required by Section A, or makes any use of the Intellectual Property, if applicable, not authorized under this Agreement at any time thereafter;

iv)   If Licensee fails to deliver to WWE or to maintain in full force and effect the insurance referenced to in Section H of this Agreement;

v)   If Licensee ceases to do business as it is now conducted;

vi)   If Licensee fails to deliver any statements or notices referred to in this Agreement or to give access to the premises and/or licensing records pursuant to the provisions of this Agreement to WWE or WWE's authorized representatives for the purposes permitted under this Agreement;

vii)   If Licensee exhibits a pattern of repeated failure to make timely delivery of sufficient quantities of the Licensed Products to its customers or retailers that results: (1) in the inability of retailers to meet consumer demand and materially affects the generation of royalties payable to WWE, and/or (2) in an adverse effect to the WWE licensing program; provided, however, that this clause will not be applicable to a failure to make timely delivery that results from a force majeure event or an unexpected, unplanned demand, so long as all reasonable efforts are made by Licensee to resume timely delivery as soon as possible;