UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FIGURES TOY COMPANY, a Florida Corporation | : : | |
| Plaintiff | : : | CIVIL ACTION NO. 3:13-CV-01256(AWT) |
| V. | : : : | |
| WORLD WRESTLING ENTERTAINMENT, INC. | : : | |
| Defendant. | : | NOVEMBER 21, 2013 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff, Figures Toy Company, hereby gives notice of the voluntary dismissal with prejudice of this action against the Defendant, World Wrestling Entertainment, Inc.  No answer or responsive pleading has been filed by Defendant.

                        RESPECTFULLY SUBMITTED,
                        THE PLAINTIFF
                        FIGURES TOY COMPANY

BY:         /S/ (ct06645)
        MARK R. CARTA
        Carta, McAlister & Moore, LLC
        1120 Post Road, Post Office Box 83
        Darien, Connecticut 06820
        Telephone (203) 202-3100/Facsimile (203) 202-3102
        Mark@CMM-Law.com

                John J. Dabney (admitted *pro hac vice*)
                Katie Bukrinsky (admitted *pro hac vice*)
                McDermott Will & Emery LLP
                500 North Capitol Street, NW
                Washington, DC 20001
                (202) 756-8000 (telephone)
                (202) 756-8087 (facsimile)

                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2013, a copy of the foregoing Notice of Voluntary Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

_____/S/ (ct06645)_____
MARK R. CARTA